UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Angela D Moss<br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 24-16550<br><br>Chapter: 7<br>Honorable Timothy Barnes |

## ORDER MODIFYING THE AUTOMATIC STAY

This matter coming to be heard on the Motion of Capital One Auto Finance ("Movant"), a division of Capital One, N.A., to modify the automatic stay as to Debtor, due notice having been given,

IT IS HEREBY ORDERED THAT:

1. The automatic stay is modified so as to not restrain Movant from pursuing in rem nonbankruptcy remedies with respect to one 2016 Volkswagen Tiguan Utility 4D SEL 2.0L I4 Turbo, VIN WVGAV7AX1GW557805.

2. Notwithstanding anything to the contrary in Fed. R. Bankr. P. 4001(a)(3), this Order will be effective immediately.

Enter:

Timothy A. Barnes
United States Bankruptcy Judge

Dated: January 15, 2025

**Prepared by:**

Jennifer Rinn
Rinn Richman Law
P.O. Box 465
Chicago, IL 60690
Phone: (586) 899-5086
jennifer@rinnrichmanlaw.com